# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Honorable | Eugene R. Wedoff |
| Hearing Date | September 22, 2010 |
| Bankruptcy Case No. | 09-03275 |
| Adversary No. | 10-00151 |
| Title of Case | Yaseen K. Odeh, Chapter 7 |

Valenti v. Odeh

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record, it is ordered that judgment be granted in favor of the defendant.

*/s/ Eugene R. Wedoff*

22 SEP 2010

6/11/99